UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80775-RS

MELANIE A. SERVIDIO,
and others similarly situated individuals,

    Plaintiff,

v.

FOTO BOYZ INC.,
PAW EQUITY HOLDINGS, INC. d/b/a
FOTOBOYZEVENTS.COM,
PHILIP WEXLER and MICHAEL WEXLER,
Individually,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court upon Plaintiff's failure to perfect service of process on any of the named Defendants in this action, and Plaintiff's failure to comply with the Court's Order to Show Cause [DE 4]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. All pending motions are **DENIED as moot**.

3. Each party shall bear its own attorneys' fees and costs.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of October, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record