UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80775-RS

MELANIE A. SERVIDIO,
and others similarly situated individuals,

    Plaintiff,

v.

FOTO BOYZ INC.,
PAW EQUITY HOLDINGS, INC. d/b/a
FOTOBOYZEVENTS.COM,
PHILIP WEXLER and MICHAEL WEXLER,
individually,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court upon Plaintiff's Motion to Reopen [DE 7]. The Court has reviewed the motion and the record in this case. Upon due consideration, it is hereby,

**ORDERED** that:

1. The Order of Dismissal [DE 5] entered on October 14, 2022 is hereby **VACATED**.

2. This matter is **DISMISSED without prejudice**.

3. All pending motions are **DENIED as moot**.

4. Each party shall bear its own attorneys' fees and costs.

5. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of October, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record